UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61820-CIV-MIDDLEBROOKS/JOHNSON

ELIZA HEPBURN-BELIZAIRE,

    Plaintiff,

vs.

ZAKHEIM & ASSOCIATES,

    Defendant.
_____/

FILED by SL D.C.
OCT 11 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER TO PRO SE LITIGANT

THIS CAUSE is before the Court sua sponte.

Plaintiff is proceeding pro se in this litigation. Accordingly, the Plaintiff's attention is directed to the Federal Rules of Civil Procedure and to the Local Rules for the Southern District of Florida. Failure to comply with the requirements of these rules may result in granting of a motion by default, dismissal or other sanction.

DONE AND ORDERED this 11th day of October, 2011, at West Palm Beach, Florida.

                                            _____
                                            LINNEA R. JOHNSON
                                            UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Donald M. Middlebrooks
All Counsel of Record
Pro Se Plaintiff-Eliza Hepburn-Belizaire
7831 Colony Circle North #207, Tamarac, Fl. 33321